| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

MARY ALICE CHEATAM, §
§
    *Plaintiff*, §
§
*versus* §   CIVIL ACTION NO. 1:23-CV-40
§
LASALLE CORRECTIONS, §
§
    *Defendant*. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Mary Alice Cheatam, proceeding *pro se* and *in forma pauperis*, brings suit alleging Title VII claims against Defendant LaSalle Corrections. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 9, 2023, the magistrate judge entered a Report and Recommendation (#10) in which she recommended denying Defendant's Motion to Dismiss (#6). To date, the parties have not filed objections to the report.

    The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#10) is **ADOPTED**. Defendant's Motion to Dismiss (#6) is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of March, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE